**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 79 MAL 2014
:
                Respondent   :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v.           :
:
:
:
JEFFREY DAVID NORRIS,     :
:
                Petitioner    :


## ORDER


**PER CURIAM**

    **AND NOW**, this 19th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.